## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
## KANSAS CITY COURTHOUSE

| | |
|---|---|
| SHUNDRIKA DANIEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:09-cv-02356-JAR-DJW |
| ) | |
| ) | |
| NATIONAL CREDIT ADJUSTERS, LLC, ) | |
| ) | |
| ) | |
| Defendant. ) | |

### **NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, SHUNDRIKA DANIEL, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

                                                      By: /s/ Peter Cozmyk
                                                                Peter Cozmyk,
                                                                Attorney for Plaintiff

Krohn & Moss, Ltd.
3 Summit Park Drive
Suite 140
Independence, Ohio 44131
phone: (323) 988-2400 x. 213
fax: (866) 425-3459
e-mail: pcozmyk@consumerlawcenter.com